

# THE THIRTEENTH COURT OF APPEALS

13-18-00169-CV

KENNETH L. BERRY, INDIVIDUALLY; KENNETH L. BERRY, AS TRUSTEE OF THE BERRY DYNASTY TRUST; KENNETH L. BERRY, TRUSTEE IN A DERIVATIVE CAPACITY FOR FLYING BULL RANCH, LTD.; AND CHELSEA NICHOLE BRIERS
v.
DENNIS W. BERRY; MARVIN G. BERRY; ALLEN L. BERRY; FB RANCH, LLC; BERRY GP, INC. D/B/A BERRY CONTRACTING, INC., BERRY CONTRACTING, LP D/B/A BAY, LTD., AND BERRY RANCHES, LLC.

On Appeal from the
319th District Court of Nueces County, Texas
Trial Cause No. 2016-DCV-0104-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellants and 50% against appellees.

We further order this decision certified below for observance.

March 5, 2020